[No. 21538–8–I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
ARTHUR BEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–03499–9, Frank L. Sullivan, J., entered
December 14, 1987. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Grosse, A.C.J., and Scholfield,
J.

[No. 23370–0–I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY C.
KEITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–01272–3, Jerome M. Johnson, J., entered
December 2, 1988. *Affirmed* by unpublished per curiam
opinion.

[No. 21546–9–I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER AUBERT
AUSTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–8–02943–5, Patricia H. Aitken, J., entered
December 4, 1987. *Affirmed* by unpublished opinion per
Winsor, J., concurred in by Scholfield and Pekelis, JJ.

[No. 22158–2–I.   Division One.   May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–8–00321–3, Stephen M. Gaddis, J. Pro
Tem., entered January 22, 1988. *Dismissed* by unpublished
per curiam opinion.